UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
BARBARA KOZMA; DENISE MOSS; MARY :
PARSONS; ANTHONY PELUSI; PETER :
ROTHSCHING; KIM STEINSULTZ; :
MARGARET ANNE CRISWELL; BARBARA :
BOOKSON; URSULA GARNETT; EUGENIA :
JUPIERRE, :
    :
    Plaintiffs  : Civil Action
v.  : No. 04-11156-GAO
    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
    :
    Defendants  :
------------------------------------ x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 22, 2004                     Respectfully submitted,
    Boston, Massachusetts

                                              /s/Matthew J. Matule
                                              Matthew J. Matule (BBO #632075)
                                              SKADDEN, ARPS, SLATE,
Of Counsel:                                      MEAGHER & FLOM LLP
Barbara Wrubel                            One Beacon Street
Katherine Armstrong                   Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,            (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                        Boehringer Ingelheim Pharmaceuticals, Inc.